IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR254-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| DANIEL DOTSON | ) | |

**THIS MATTER** is before the Court on the Government's amended motion to dismiss the indictment as to the Defendant without prejudice.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the Government's amended motion to dismiss is **ALLOWED**, and the indictment is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Daniel Dotson.

Signed: January 12, 2007

Lacy H. Thornburg
United States District Judge